UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                CRIMINAL ACTION NO. 10-00143

VERSUS                                   JUDGE S. MAURICE HICKS, JR.

GEORGE L. GRACE, SR.                     MAGISTRATE JUDGE RIEDLINGER

**MEMORANDUM ORDER**

Before the Court is the United States' Motion in Limine to Bar Mention or Evidence Concerning Outrageous Government Conduct (Record Document 36). Relying upon United States v. Hudson, 982 F.2d 160 (5th Cir. 1993), the United States argues:

> Outrageous government conduct claims are issues of law to be decided by the court, not the jury. As such, the defendant should be precluded from raising such issues before the jury.

Id. at 1.

The defense responded to the motion, agreeing that claims of outrageous government conduct should be addressed by the Court, not the jury. See Record Document 88. The defense further stated that Defendant George L. Grace, Sr. ("Grace") "has not made such a claim in this case." Id. Notwithstanding, Grace contends that the United States' motion is an attempt to limit his defense of entrapment.

Based on the showing made in the motion, the response, and the reply, the Court hereby grants the United States' motion. Grace and his counsel are prohibited from arguing that the Government engaged in outrageous conduct and from introducing evidence or making statements solely relevant to the issues of outrageous government conduct. This order does not limit Grace's ability to put forth an entrapment defense, but rather limits him to statements and evidence relevant to the issue of entrapment, not a defense/claim of outrageous government conduct.

Accordingly,

**IT IS ORDERED** that the United States' Motion in Limine to Bar Mention or Evidence Concerning Outrageous Government Conduct (Record Document 36) is **GRANTED**.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this 14th day of December, 2011.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE